```
Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
EDGARDO GERMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JUAN PLASCENCIA, et. al.,<br><br>        Defendants. | CASE NO. 2:09-cr-00372 KJM<br><br>STIPULATION AND ORDER CONTINUING TRIAL CONFIRMATION HEARING AND JURY TRIAL<br><br>DATE: February 3, 2011<br>TIME: 10:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the trial confirmation hearing scheduled for February 3, 2011, and the jury trial scheduled for February 14, 2011, may be continued to March 31, 2011, at 10:00 a.m., and May 2, 2011, at 9:00 a.m., respectively.

The reasons for this continuance are as follows:

1. The government is expected to discover fingerprint results which could be dispositive in this case for certain defendants. These finger print results were expected before the trial confirmation hearing but have not yet been completed.

/////

1  2.  This case was recently assigned to a new judge and as a
2      result it was uncertain if the trial date would be
3      maintained or conflict with the new judge's other cases.
4      Therefore, the defense was unable to issue subpoenas,
5      pursuant to Rule 17(c), for possible impeachment material of
6      local law enforcement officers expected to testify at the
7      trial.
8  3.  Defendants are still actively engaged in investigation in
9      this matter and further developing their defense.
10 The parties agree that time may be excluded from the speedy trial
11 calculation under the Speedy Trial Act for counsel preparation,
12 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, through
13 May 2, 2011.
14 The parties have authorized counsel for Edgardo German to sign
15 this stipulation on their behalf.

17 DATED: February 2, 2011          BENJAMIN WAGNER
                                    United States Attorney

19                         by   /s/ Scott Cameron, for
                                Daniel McConkie
20                              Assistant U.S. Attorney

21 DATED: February 2, 2010

22                         by   /s/ Scott N. Cameron
                                Scott N. Cameron
23                              Counsel for Edgardo German

24 DATED: February 2, 2010

25                         by   /s/ Scott Cameron, for
                                Shari Rusk
26                              Counsel for Juan Jose Plascencia

27 /////
28 /////

2

1 DATED: February 2, 2010
2                           by    /s/ Scott Cameron, for
                                  John R. Duree, Jr.
3                                 Counsel for Jamie Baez
4
5                                 Order
6      Good cause appearing,
7      The trial confirmation hearing scheduled for February 3, 2011,
8 and the jury trial scheduled for February 14, 2011, are continued to
9 March 31, 2011, at 10:00 a.m., and May 2, 2011, at 9:00 a.m.,
10 respectively.
11     Time is excluded from the speedy trial calculation pursuant to 18
12 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation
13 through May 2, 2011.
14     IT IS SO ORDERED.
15 DATED:   February 2, 2011.

                                  _____
                                  UNITED STATES DISTRICT JUDGE