```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DANIEL S. McCONKIE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2725
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>               Plaintiff,          )<br>                                   )<br>          v.                       )<br>                                   )<br> JUAN JOSE PLASCENCIA, et al.      )<br>                                   )<br>               Defendants.         )<br>_____) | No. 2:09-cr-0372 KJM<br><br>STIPULATION AND ORDER<br>CONTINUING TRIAL CONFIRMATION<br>HEARING DATE |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant United States Attorney Daniel S. McConkie, and Defendants Juan Jose Plascencia (though his attorney Shari Rusk), Jaime Baez (through his attorney John R. DuRee, Jr.), and Edgardo German (through his attorney Scott N. Cameron) as follows: that the current trial confirmation date of March 31, 2011 be vacated and a new trial confirmation date of April 7, 2011 be set.  The jury trial date of May 2, 2011 is unaffected by this stipulation.  Time has already been excluded up to and including that date.

The continuance of the trial confirmation hearing is necessary to accommodate ongoing discussions between defense counsel and the government related to preparations for the upcoming jury trial.  The

1

court and the parties will be able to have a more meaningful conversation at the trial confirmation hearing about how the jury trial will proceed if this brief continuance in granted.

                                      Respectfully submitted,

Dated: March 29, 2011          /s/ Shari Rusk
                                      SHARI RUSK, ESQ.
                                      Attorney for Defendant
                                      JUAN JOSE PLASCENCIA
                                      By DSM per email authorization

Dated: March 29, 2011          /s/ John R. DuRee, Jr.
                                      JOHN R. DUREE, JR., ESQ.
                                      Attorney for Defendant
                                      JAIME BAEZ
                                      By DSM per telephonic authorization

Dated: March 29, 2011          /s/ Scott N. Cameron
                                      SCOTT N. CAMERON, ESQ.
                                      Attorney for Defendant
                                      EDGARDO GERMAN
                                      By DSM per email authorization


                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: March 29, 2011          /s/ Daniel S. McConkie
                                      DANIEL S. McCONKIE
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

                                      **ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED:  March 30, 2011.

                                      UNITED STATES DISTRICT JUDGE