Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
EDGARDO GERMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  2:09-cr-00372 KJM |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER CONTINUING TRIAL CONFIRMATION HEARING AND** |
| v. | ) ) | **JURY TRIAL** |
| JUAN JOSE PLASCENCIA, EDGARDO GERMAN, and JAIME BAEZ, | ) ) ) ) | DATE: July 28, 2011 TIME: 10:00 a.m. COURT: Hon. Kimberly J. Mueller |
| Defendants. | ) ) | |

Stipulation

The parties, through undersigned counsel, stipulate that the trial confirmation hearing scheduled for July 28, 2011, and the jury trial scheduled for August 29, 2011, may be continued to December 15, 2011, at 10:00 a.m., and January 23, 2012, at 9:00 a.m., respectively.

The reasons for this continuance are as follows:

1. Since the last court appearance, the government obtained search warrants for the cell phones recovered from the defendants on the date of their arrest. These warrants were executed in May 2011. The government has conducted a forensic analysis of the defendants' cell phones, which has yielded new evidence about the defendant's calls to each

1

       other during the course of the conspiracy. Based on that analysis, the government has obtained further information about the cell phones from the cellular providers. Based on this, the government will need additional time to conduct a further forensic analysis into one of the phones and to analyze data being provided by the cellular providers. This week, the government is providing the defense with discovery of the forensic analysis conducted to date. All counsel need to receive this discovery, and, based on their review, determine if it is appropriate to hire their own expert.

2. An initial disclosure by the government to the defense indicates that some of the phone data may be incriminating. The defense needs additional time to discuss the data with their respective clients and then investigate the issue.

3. The parties are in active, good faith negotiations for a settlement of the case. Defendant BAEZ appears likely to plead guilty soon.

The parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, through January 23, 2012.

///
///
///
///
///
///
///
///

The parties have authorized counsel for Edgardo German to sign this stipulation on their behalf.

DATED: July 26, 2011   BENJAMIN WAGNER
           United States Attorney

         by /s/ Scott N. Cameron, for
           Daniel McConkie
           Assistant U.S. Attorney

DATED: July 26, 2011

         by /s/ Scott N. Cameron
           Scott N. Cameron
           Counsel for Edgardo German

DATED: July 26, 2011

         by /s/ Scott N. Cameron, for
           Shari Rusk
           Counsel for Juan Jose Plascencia

DATED: July 26, 2011

         by /s/ Scott N. Cameron, for
           John R. Duree, Jr.
           Counsel for Jaime Baez

**ORDER**

Good cause appearing,

The trial confirmation hearing scheduled for July 28, 2011, and the jury trial scheduled for August 29, 2011, are continued to December 15, 2011, at 10:00 a.m., and January 23, 2012, at 9:00 a.m., respectively.

Time is excluded from the Speedy Trial Act calculation through January 23, 2012 for the preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4. Specifically, the Court finds that, based on the parties' stipulation, the ends of justice served by the continuance outweigh the best interest of the public and the defendants in a speedy trial, and that a failure to grant the continuance in this case would deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: July 26, 2011.

_____
UNITED STATES DISTRICT JUDGE