BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2725



FILED

SEP 14 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE APPLICATION OF THE         )   No. CR S-372 KJM
UNITED STATES OF AMERICA FOR     )
AN ORDER PURSUANT TO 18          )   **ORDER**
U.S.C. § 2703(d)                 )
                                 )
_____  )

The United States has applied under Title 18, United States Code, Section 2703(d), requesting that an order issue under Title 18, United States Code, Section 2703(d) directing Sprint Boost Mobile ("Sprint"), an electronic communications service provider, to disclose certain records and other information, as set forth below. The Court finds that the applicant has offered specific and articulable facts showing reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation. ~~The Court further finds that disclosure to any person of this investigation or this application and order would seriously jeopardize the investigation.~~ Accordingly,

**IT IS ORDERED THAT,** pursuant to 18 U.S.C. § 2703(d), Sprint provide agents of the Drug Enforcement Administration with

1 | historical cell site information relating to telephone number
2 | **(773) 491-1643**, Electronic Serial Number ("ESN"): 364VKH97LG,
3 | International Mobile Subscriber Identity ("IMSI"):
4 | 316010150954531, Urban Fleet Member Identifier ("UFMI"):
5 | 111*417*996, subscribed to "IVR Activated", P.O. Box 54988,
6 | Irvine, CA 92619, for the period of June 1, 2009 through August
7 | 30, 2009.
8 | ~~IT IS FURTHER ORDERED that the application and this Order be~~
9 | ~~sealed until further order of this Court, otherwise ordered by~~
10 | ~~the Court, and that Sprint not disclose the existence of this~~
11 | ~~application or Order, or the existence of the investigation, to~~
12 | ~~the listed subscriber or to any other person (except as~~
13 | ~~necessary to carry out this Order) without authorization from~~
14 | ~~this Court.~~
15 | DATED: Sept. 14, 2011
16 | GREGORY G. HOLLOWS
    | GREGORY G. HOLLOWS
    | UNITED STATES MAGISTRATE JUDGE