1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  HANNAH R. LABAREE, Bar #294338
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   JUAN JOSE PLASCENCIA
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          No.  Cr. S 2:09-cr-372 KJM

12            Plaintiff,              **STIPULATED MOTION AND ORDER TO
                                       REDUCE SENTENCE PURSUANT TO 18
13       v.                            U.S.C. § 3582(c)(2)**

14 JUAN JOSE PLASCENCIA,              RETROACTIVE DRUGS-MINUS-TWO
                                       REDUCTION CASE
15            Defendant.
                                      Judge:  Honorable KIMBERLY J. MUELLER
16

17         Defendant, JUAN JOSE PLASCENCIA, by and through his attorney, Assistant Federal

18 Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through

19 its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

20         1.       Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

21 imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

22 based on a sentencing range that has subsequently been lowered by the Sentencing Commission

23 pursuant to 28 U.S.C. § 994(o);

24         2.       On September 12, 2012, this Court sentenced Mr. Plascencia to a term of 120

25 months imprisonment;

26         3.       His total offense level was 35, his criminal history category was III, and the

27 resulting guideline range was 210 to 262 months.  Mr. Plascencia received a sentence below the

28 guideline range on the government's motion;

1        4.     The sentencing range applicable to Mr. Plascencia was subsequently lowered by

2    the United States Sentencing Commission in Amendment 782, made retroactive on July 18,

3    2014, see 79 Fed. Reg. 44,973;

4        5.     Mr. Plascencia's total offense level has been reduced from 35 to 33, and his

5    amended guideline range is 168 to 210 months.  A reduction comparable to the one he received

6    initially produces a term of 96 months imprisonment;

7        6.     Accordingly, the parties request the Court enter the order lodged herewith

8    reducing Mr. Plascencia's term of imprisonment to a total term of 96 months, a sentence the

9    parties conclude is fair and reasonable in light of the factors set forth in 18 U.S.C. § 3553(a);

10   Respectfully submitted,

11   Dated:  November 4, 2015           Dated: November 4, 2015

12   BENJAMIN B. WAGNER        HEATHER E. WILLIAMS
     United States Attorney          Federal Defender

13

14    /s/ *Jason Hitt*              /s/ *Hannah R. Labaree*
     JASON HITT               HANNAH R. LABAREE

15   Assistant U.S. Attorney         Assistant Federal Defender

16   Attorney for Plaintiff           Attorney for Defendant
     UNITED STATES OF AMERICA    JUAN JOSE PLASCENCIA

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Plascencia is entitled to the benefit Amendment 782, which reduces the total offense level from 35 to 33, resulting in an amended guideline range of 168 to 210 months.  A reduction comparable to the one he received initially produces a term of 96 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in September 2012 is reduced to a term of 96 months, a sentence the Court concludes is fair and reasonable in light of the factors set forth in 18 U.S.C. § 3553(a).

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Plascencia shall report to the United States Probation Office within seventy-two hours after his release.

Dated:   November 9, 2015

_____
UNITED STATES DISTRICT JUDGE