Case 2:09-cr-00372-KJM   Document 174   Filed 12/01/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: 2:09CR00372-001 |
| JUAN JOSE PLASCENCIA | ) | |
| | ) | USM No: 18765-097 |
| Date of Original Judgment: 9/12/2012 | ) | |
| Date of Previous Amended Judgment: | ) | Hannah R. Labaree, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    120 months    **is reduced to**    96 months    .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    9/18/2012    shall remain in effect.
**IT IS SO ORDERED.**

Order Date:    December 1, 2015

_____
UNITED STATES DISTRICT JUDGE

Effective Date: _____

District Judge Kimberly J. Mueller
*(if different from order date)*   *Printed name and title*